United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

18 CV 439

Mark C. Christenson,          v          Karen Ryan,
    plaintiff                                    respondent

Should it please the court suit for ruling
here cover

2

# Petition for Ruling

Pray I unmarried

Heiress

Profiles

Correlation

Notable

Remarkable

Rumor

Acquaintances

Persons of interest

Murder attempt

Inquiry

Claimed ignorance

I pray thee

I pray attempted murder accomplice rule

3.

Prayer for Entry

I pray have the court clerk record the ruling

I do solemnly swear the aforementioned to be true

Dated this 9 day of January, 2018.

*Mark C Christenson*
1-10-18
Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

, Christenson
th Av NE
e, WA   98125

Pro Se
SM

RECEIVED

2018 JAN 17 AM 9:34

CLERK'S OFFICE
S.D.N.Y.

SPOKANE WA 990

10 JAN 2018 PM 1 L

United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

10007-133099